```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12666
    MONTELL E BURNETTE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1393


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/16/2007 and was not confirmed.

     The case was dismissed without confirmation 11/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSECURED           980.75          .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED           758.78          .00            .00
HOMEQ SERVING CORPORATIO  NOTICE ONLY      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          1025.71          .00            .00
AMERICAS SERVICING CO     CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING CO     MORTGAGE ARRE         .00           .00            .00
BW PHILLIPS MANAGAMENT G  SECURED NOT I     3108.00           .00            .00
AMERICAS SERVICING CO     UNSECURED       NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED           1313.00           .00            .00
COOK COUNTY TREASURER     UNSECURED       NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED           1406.00           .00            .00
WOLIN-LEVIN INC           SECURED           8365.00           .00            .00
WOLIN-LEVIN INC           UNSECURED       NOT FILED           .00            .00
BARCLAYS CAPITAL REAL ES  SECURED NOT I         .00           .00            .00
HOME EQ SERVICING CORP    UNSECURED       NOT FILED           .00            .00
BARCLAYS CAPITAL REAL ES  SECURED NOT I         .00           .00            .00
HOME EQ SERVICING CORP    CURRENT MORTG         .00           .00            .00
HOME EQ SERVICING CORP    MORTGAGE ARRE     8685.00           .00            .00
COUNTRYWIDE               SECURED NOT I   NOT FILED           .00            .00
BLUEGREEN RESORTS MANAGE  SECURED NOT I         .00           .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I         .00           .00            .00
ADT SECURITY SYSTEMS      UNSECURED       NOT FILED           .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED           .00            .00
VENGROFF & WILLIAMS ASSO  NOTICE ONLY     NOT FILED           .00            .00
AMERICANATIONAL MANAGEME  UNSECURED       NOT FILED           .00            .00
AT & T WIRELESS           UNSECURED       NOT FILED           .00            .00
AT & T WIRELESS           UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00            .00
BLOCKBUSTER 17215         UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CHASE CARD MEMBER SERVIC  UNSECURED       NOT FILED           .00            .00
CHICAGO CHIROPRACTIC CEN  UNSECURED       NOT FILED           .00            .00
CHICAGO SUN TIMES         UNSECURED       NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO           UNSECURED       NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12666 MONTELL E BURNETTE
```

```
ARNOLD SCOTT HARRIS       NOTICE ONLY    NOT FILED               .00          .00
CITY OF CHICAGO ADMIN HE  UNSECURED       3970.00                 .00          .00
GOLDMAN & GRANT           NOTICE ONLY    NOT FILED               .00          .00
COOK COUNTY CIRCUIT COUR  UNSECURED      NOT FILED               .00          .00
COMMONWEALTH EDISON       UNSECURED        673.32                .00          .00
COOK COUNTY RECORDER OF   UNSECURED      NOT FILED               .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED        803.88                .00          .00
DAVID A PULS              UNSECURED      NOT FILED               .00          .00
ARS                       UNSECURED      NOT FILED               .00          .00
FIRST PREMIER BANK        UNSECURED      NOT FILED               .00          .00
ST IL DEPT TRANSPORTATIO  NOTICE ONLY    NOT FILED               .00          .00
NORTH PARK UNIVERSITY     UNSECURED      NOT FILED               .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED               .00          .00
PLAINS COMMERCE BANK      UNSECURED        540.07                .00          .00
PREFERRED OPEN MRI        UNSECURED      NOT FILED               .00          .00
RCN                       UNSECURED      NOT FILED               .00          .00
TCF NATIONAL BANK         UNSECURED      NOT FILED               .00          .00
AMERICAN COLLECTION CO    NOTICE ONLY    NOT FILED               .00          .00
COLLECTION SVC DIV        NOTICE ONLY    NOT FILED               .00          .00
FIFTH THIRD BANK          UNSECURED      33575.56                .00          .00
US DEPT OF EDUCATION      UNSECURED       4600.71                .00          .00
VILLAGE OF MATTESON       UNSECURED        250.00                .00          .00
VISA                      UNSECURED      NOT FILED               .00          .00
WF FIN BANK               UNSECURED      NOT FILED               .00          .00
COUNTRYWIDE HOME LOANS    SECURED NOT I       .00                .00          .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED               .00          .00
AMERICAS SERVICING CO     NOTICE ONLY    NOT FILED               .00          .00
SST INC                   SECURED         1827.00                .00          .00
FILMWORKS LOFTS CONDOMIN  SECURED         6181.00                .00          .00
BANK OF AMERICA           SECURED NOT I  35999.64                .00          .00
SALLIE MAE INC            UNSECURED       4881.16                .00          .00
VERONICA D JOYNER         DEBTOR ATTY     3,500.00                         1,478.89
TOM VAUGHN                TRUSTEE                                             101.11
DEBTOR REFUND             REFUND                                               .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,580.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                1,478.89
TRUSTEE COMPENSATION                            101.11
DEBTOR REFUND                                      .00
                    ---------------       ---------------
TOTALS                  1,580.00               1,580.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |